# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **10-507 M**

2) Defendant's Name: **METTER**  **MICHAEL**
   (Last)  (First)  (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: **X** Yes ___No   Date/Time: **5/5/10**

10) Detention Hearing Held: ___ Bail set at: $ *2 million*  ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓

    (b) Removal Hearing set for: _____; or waived: ✓

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: **JEFFREY GOLDBERG** | *William Schafer*

14) DEFENSE COUNSEL'S NAME: *Jeffrey B. Sklaroff*
    Address: _____
    Bar Code: _____ CJA: _ FDNY: ___ RET: ✓
    Telephone Number: ( ) _____

15) LOG #: *2:58 - 3:06*   MAG. JUDGE: **RAMON REYES, JR.**

16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ✓ Additional surety (ies) to co-sign bond by *5/7/10*

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

UNITED STATES MAGISTRATE JUDGE