

Jeffrey B. Sklaroff
Tel (212) 801-9227
Fax (212) 801-6400
sklaroffj@gtlaw.com

May 7, 2010

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room N208
Brooklyn, New York  11201

      Re:    U.S. v. Michael Metter and Steven Moskowitz
             Case No. M10-507

Dear Judge Reyes:

      We represent Michael Metter in the above matter. As your Honor may recall, I informed the Court yesterday that I would be requesting the Government's consent to a one week extension, until May 14, 2010, of the time by which Mr. Metter is required to provide the Government with a lien on his home as security for his bond. As I mentioned in Court, the process for providing such a lien in Connecticut is more cumbersome than the parties had anticipated at the arraignment and the additional week is required to complete the required paperwork and filings. Assistant United States Attorney Jeffrey Goldberg has informed me that he consents to this request. Accordingly, we respectfully request that the Court modify the Order Setting Conditions of Release and Bond as per the above.

                                                Respectfully submitted,

                                         s/
                                               Jeffrey B. Sklaroff (JS4427)

JBS/jef

cc:    Jeffrey Goldberg, Esq.
       Assistant United States Attorney
       (by e-mail)